THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tyler J. Hardy, Appellant.
 
 
 

Appeal From Spartanburg County
  J. Cordell Maddox, Jr., Circuit Court
Judge

Unpublished Opinion No. 2009-UP-279
Submitted May 1, 2009  Filed June 3, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Isaac McDuffie Stone, III, of Beaufort, for
 Respondent.
 
 
 

PER CURIAM:  Tyler
 J. Hardy appeals from his Alford plea to four counts of resisting arrest, arguing the judge erred in accepting
 the plea because Hardy had a right to resist an unlawful arrest.  After a thorough review of the record and counsel's
 brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.